UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** May 6, 2015 (Time: 8 minutes)     **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-13-415 PJH UNITED STATES v. JOSEPH VESCE (PRESENT)
CR-14-001 PJH UNITED STATES v. THOMAS BISHOP (PRESENT)
CR-14-002 PJH UNITED STATES v. RUDOLPH SILVA (PRESENT)
CR-14-512 PJH UNITED STATES v. GERNOT ZEPERNICK (PRESENT)
CR-14-593 PJH UNITED STATES v. CHUNG LI CHENG (PRESENT)
CR-14-594 PJH UNITED STATES v. SU CHU CHOU CHENG (PRESENT)
CR-14-604 PJH UNITED STATES v. GARRY WAN (PRESENT)(Mandarin)
CR-14-607 PJH UNITES STATES v. CHARLES ROCK (PRESENT)

**Attorney for Plaintiff:**   Albert Sambat
**Attorney for Defendant:**   James Lassart (Vesce); Jason Gonzalez (Bishop);
Marc Katz (Silva); Miles Ehrlich for Sanjay Bhandari (Zepernick); Miles Ehrlich (Chung Li Cheng);
Timothy Crudo (Su Chu Chou Cheng);
Doron Weinberg (Wan); Deborah Levine (Rock)

**Deputy Clerk:** Nichole Peric     **Court Reporter:** Diane Skillman

**Interpreter:** Amy Lo (Not Present)

**PROCEEDINGS**

Status Re: Sentencing-Held.  Defense counsel for Mr. Wan waives the interpreter for his client.  The court will not schedule any sentencing dates for any of the bid rigging cases until after the first trial takes place in US. v. Florida, et al.  The court does not set a further status conference date.  The government shall submit a status statement to the court once the first trial is completed or once it is apparent that the first trial will not go forward to schedule a new date for setting of sentencing hearings.  The court informs the parties that sentencing dates will be determined by age of case with the oldest cases going forward first.

cc: chambers